AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Cristhian MARTINEZ<br><br>*Defendant(s)* | Case No. 3:23-mj-00199 |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 16, 2023  in the county of  Clackamas  in the  District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and 841(b)(1)(A) | Manufacturing, Distributing, and Possessing with the intent to Manufacture and Distribute 400 grams or more of a mixture and substance containing Fentanyl, a Schedule II controlled substance. |
| 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime. |

This criminal complaint is based on these facts:

See attached affidavit of Federal Bureau of Investigation (FBI) Special Agent Bobby Gutuerrez.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Bobby Gutuerrez, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 5:40 p.m.

Date:  11/17/2023

*Judge's signature*

City and state:  Portland, Oregon    Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*